**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1420

In Re:  BAHMAN PAYMAN,

Appellant.

- - - - - - - - - - - - -

GABOR LAUFER, M.D.,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.  James P.  Jones, Chief District Judge.  (2:06-MC-00003-jpj)

Submitted:  October 31, 2006       Decided:  November 2, 2006

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam.

Michael A.  Bragg, BRAGG LAW, PLC, Abingdon, Virginia, for Appellant.  Wm.  W.  Eskridge, Cameron S.  Bell, PENN, STUART & ESKRIDGE, Abingdon, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

By order entered March 31, 2005, the district court permanently enjoined and prohibited Bahman Payman from filing any lawsuit against Gabor Laufer, M.D., and other named individuals without first obtaining written leave from the court. In February 2006, Payman sought leave from the district court to file a lawsuit against Laufer. By order entered February 28, 2006, the district court denied Payman's request. Payman now appeals the district court's denial.

We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. In re: Bahman Payman, No. 2:06-MC-00003-jpj (W.D. Va. Feb. 28, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -